**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re J.F.*, Slip Opinion No. 2022-Ohio-1731.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-1731

IN RE J.F. ET AL.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re J.F.*, Slip Opinion No. 2022-Ohio-1731.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2021-1172—Submitted April 26, 2022—Decided May 26, 2022.)

APPEAL from the Court of Appeals for Jackson County,

Nos. 21CA2 and 21CA3, 2021-Ohio-2713.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____

Justin Lovett, Jackson County Prosecuting Attorney, and William L. Archer Jr., Special Assistant Prosecuting Attorney, for appellee, Jackson County Department of Job and Family Services.

Law Offices of Mark J. Miller, L.L.C., and Mark J. Miller, for appellant, L.A.

Timothy D. Keller; and Squire Patton Boggs, L.L.P., Sarah K. Rathke, and Shams H. Hirji, urging reversal for amicus curiae Gen Justice.

Justice for Children Project and Kimberly Payne Jordan; and Yeura Venters, Franklin County Public Defender, and Timothy E. Pierce, Assistant Public Defender, urging reversal for amici curiae Justice for Children Project, Office of the Ohio Public Defender, Legal Aid Society of Columbus, Southeastern Ohio Legal Services, Family and Youth Law Center at Capital University Law School, National Association of Counsel for Children, National Coalition for a Civil Right to Counsel, Franklin County Public Defender, and Cuyahoga County Public Defender.

_____